S.D.N.Y.
03-cv-383, 03-cv-7715, 03-cv-10091, 04-cv-6616
Batts, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 9, 2010

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 9th day of March , two thousand ten,

Present:

Ralph K. Winter,
Chester J. Straub,
                                   *Circuit Judges.*

UNITED STATES COURT OF APPEALS
FILED
MAR 09 2010
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

City of New York,

                    *Plaintiff-Appellant,*

            v.                                          06-1665-cv(L), 06-1693-cv,
                                                        06-1694-cv, 06-1695-cv

Smokes-Spirits.Com, Inc., *et al.*, A.E. Sales LLC, *et al.*,
Esmokes, Inc., *et al.*, and Nexicon, Inc., *et al.*,

                    *Defendants-Appellees.*

On January 25, 2010, the Supreme Court held that Plaintiff City of New York cannot state a claim under the Racketeer Influenced and Corrupt Organizations Act ("RICO") in these consolidated cases. *Hemi Group, LLC v. City of N.Y.*, --- U.S. ----, 130 S. Ct. 983, 986 (2010), *rev'g City of N.Y. v. Smokes-Spirits.com, Inc.*, 541 F.3d 425 (2d Cir. 2008). Accordingly, we REMAND these cases to allow the District Court to enter an appropriate judgment as to plaintiff's RICO claims.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

Catherine O'Hagan Wolfe

---

* The Honorable Sonia Sotomayor, originally a member of the panel, was elevated to the Supreme Court on August 8, 2009. The two remaining members of the panel, who are in agreement, have determined the matter. *See* 28 U.S.C. § 46(d); 2d Cir. IOP E(b); *United States v. Desimone*, 140 F.3d 457 (2d Cir. 1998).

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
Catherine O'Hagan Wolfe

CERTIFIED COPY ISSUED ON 03/09/2010